# United States Bankruptcy Court
For The
Western District of New York

Date: 12/26/2018  Case No: 17-21152-PRW

IN RE: LATASHA D COLEMAN  SSN #1: XXX-XX-0846
389 CHAMPLAIN STREET
ROCHESTER, NY 14611

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | PORTFOLIO RECOVERY ASSOCIATES / P.O. BOX 41067 NORFOLK, VA 23541 | 420.90 | | Unsecured |
| 002 | CITY OF ROCHESTER / ATTN : ASHLEY PADGETT, LAW DEPT 30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 1461₄ | 565.70 | 12.0000% From 09/24/2018 | Secured |
| 003 | CITY OF ROCHESTER / ATTN : ASHLEY PADGETT, LAW DEPT 30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 1461₄ | 1,578.88 | 12.0000% From 09/24/2018 | Secured |
| 004 | CREDIT COLLECTION SERVICES / 725 CANTON STREET NORWOOD, MA 02062 | None | | Not Filed .00 |
| 005 | DIRECT LOAN SERVICING CENTER / P O BOX 5609 GREENVILLE, TX 75403-5609 | None | | Not Filed .00 |
| 006 | DIRECT LOAN SERVICING CENTER / P O BOX 5609 GREENVILLE, TX 75403-5609 | None | | Not Filed .00 |
| 007 | EB 1EMINY, LLC / STAGG, TERENZI, CONFUSUIONE &WABNIK 401 FRANKLIN AVENUE, SUITE 300 / GARDEN CITY, NY 11530 | 12,700.83 | 12.0000% From 09/24/2018 | Secured |
| 008 | ENHANCED RECOVERY CORP (ERC) / 8014 BAYBERRY ROAD JACKSONVILLE, FL 32255 | None | | Not Filed .00 |
| 009 | U.S. DEPARTMENT OF EDUCATION / c/o FEDLOAN SERVICING PO BOX 69184 / HARRISBURG, PA 17106-9184 | 6,174.45 | | Unsecured |
| 010 | IC SYSTEMS / 444 HIGHWAY 96 EAST ST PAUL, MN 55164 | None | | Not Filed .00 |
| 011 | MERCANTILE ADJUSTMENT / 165 LAWRENCE DRIVE STE 100 WILLIAMSVILLE, NY 14221 | None | | Not Filed .00 |
| 012 | MONROE COUNTY TREASURER 39 WEST MAIN STREET, ROOM B-3 / ROCHESTER, NY 14614-1467 | 768.10 | 18.0000% From 09/24/2018 | Secured |
| 013 | PLAZA SPORTS MEDICINE / PO BOX 16956 ROCHESTER, NY 14616-0956 | None | | Not Filed .00 |
| 014 | STAGG, TERENZI, CONFUSIONE / & WABNIK, LLP 401 FRANKLIN AVENUE STE 300 / GARDEN CITY, NY 11530 | None | | Secured |
| 015 | PROPEL FINANCIAL SERVICES, LLC / P.O. BOX 100350 SAN ANTONIO, TX 78201 | 3,103.27 | 18.0000% From 09/24/2018 | Secured |
| 016 | US DEPARTMENT OF EDUCATION / PO BOX 16448 ST PAUL, MN 55116-0448 | 26,726.74 | | Unsecured |

# United States Bankruptcy Court
For The
Western District of New York

Date: 12/26/2018  Case No: 17-21152-PRW

IN RE: LATASHA D COLEMAN  SSN #1:XXX-XX-0846
389 CHAMPLAIN STREET
ROCHESTER, NY 14611

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 017 | EB 1EMINY, LLC / STAGG, TERENZI, CONFUSUIONE &WABNIK 401 FRANKLIN AVENUE, SUITE 300 / GARDEN CITY, NY 11530 | 12,172.30 | | Secured |
| | Total | 64,211.17 | | |
| | ROBERT A SCHWARTZ ESQ 2468 EAST HENRIETTA ROAD ROCHESTER, NY 14623-0000 | 3,000.00 | | Debtor's Attorney |

Your Trustee has examined the claims and recommends to the Court that they be deemed allowed for the amounts claimed, payable in the manner classified subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claims be allowed as set forth above.

/s/ George M. Reiber
George M. Reiber
Standing Chapter 13 Trustee

## NOTICE

At Rochester, NY

PLEASE TAKE NOTICE that the above claims are allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

CLERK  /s/ Lisa Bertino Beaser, Clerk of the Court

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the Notice was sent electronically or by ordinary US Mail, postage prepaid on _____ to the debtor and attorney for the debtor.

/s/